Jonathan Shub (CA Bar No. 237708)
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700
jshub@kohnswift.com

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MILLER, PAULA RICE-SHERMAN, KAY RAHBAR, PATRICIA DAMON, SHAREISE MELVIN, LINDA FREKER, VALERIE MORTZ ROGER, and MUSADDIQ TARIQ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIG HEART PET BRANDS, INC.,<br><br>Defendant. | Case No. 3:19-cv-03613-WHO<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE AND DISMISS CLASS ACTION COMPLAINT AND TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER VENUE** |

Pursuant to Civil Local Rule 6-2(b), Plaintiffs John Miller, *et. al* ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Big Heart Pet Brands, Inc. ("Big Heart"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action ("the Complaint") on June 21, 2019;

WHEREAS, Plaintiffs served the Complaint on Defendant Big Heart Pet Brands, Inc. on June 27, 2019;

WHEREAS, Defendant filed its Motion to Strike and Dismiss Class Action Complaint on October 16, 2019;

WHEREAS, Defendant filed its Motion to Transfer Venue on October 16, 2019;

WHEREAS, pursuant to Rule 7-3(a) of Civil Local Rules of the United States District Court for the Northern District of California, Plaintiffs' Opposition to Defendant's Motion to Strike and Dismiss Class Action Complaint and Plaintiffs' Opposition to Defendant's Motion to Transfer Venue are currently due on October 30, 2019 [the "Oppositions' Deadline");

WHEREAS, the parties have agreed to an extension of the current Oppositions' Deadline due to the complex nature of the arguments raised in Defendant's motions;

WHEREAS, Plaintiffs' Opposition to Defendant's Motion to Strike and Dismiss Class Action Complaint and Plaintiffs' Opposition to Defendant's Motion to Transfer Venue shall be due on November 26, 2019;

WHEREAS; Defendant's Reply in Support of Motion to Strike and Dismiss Class Action Complaint and Defendant's Reply in Support of Motion to Transfer Venue shall be due on December 20, 2019;

WHEREAS, the agreed-upon extension will not alter the date of any event or deadline already fixed by court order;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that pursuant to Local Rule 6-1(b), the time for Plaintiffs' Opposition to Defendant's Motion to Strike and Dismiss Class Action Complaint and Plaintiffs' Opposition to Defendant's Motion to Transfer Venue shall be extended from October 30, 2019 to November 26, 2019. Defendant's Reply in Support of Motion to Strike and Dismiss Class Action Complaint and Defendant's Reply in Support of Motion to Transfer Venue shall be due on December 20, 2019.

Dated: October 21, 2019                    Respectfully submitted,

*/s/ Jonathan Shub*
Jonathan Shub (CA Bar No. 237708)
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700
jshub@kohnswift.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: October 21, 2019                    */s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
RRothste@winston.com

Sean D. Meenan (SBN: 260466)
Amanda Jereige (SBN: 161413)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
smeenan@winston.com
ajereige@winston.com

*Attorneys for Defendant, Big Heart Pet Brands, Inc.*

**ORDER**

Pursuant to Civil Local Rule 6-2(b) and **GOOD CAUSE APPEARING THEREFOR**, it is therefore **ORDERED** that:

Plaintiffs' Opposition to Defendant's Motion to Strike and Dismiss Class Action Complaint and Plaintiffs' Opposition to Defendant's Motion to Transfer Venue shall be due on November 26, 2019;

Defendant's Reply in Support of Motion to Strike and Dismiss Class Action Complaint and Defendant's Reply in Support of Motion to Transfer Venue shall be due on December 20, 2019.

Motion Hearing and Case Management Conference continued to January 22, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified above.**

DATED: October 24, 2019

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

## **ATTESTATION OF COMPLIANCE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Jonathan Shub*