## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH HOUGH, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIG HEART PET BRANDS, INC.,<br><br>Defendant. | Case No.  3:19-cv-03613-WHO<br><br>**GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT** |

Having considered Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss Second Amended Class Action Complaint, and pursuant to Civil Local Rule 6-2(b), **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion is **GRANTED. Therefore:**

1. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Second Amended Class Action Complaint shall be due on November 16, 2020; and

2. Defendant's Reply in Support of Motion to Dismiss Second Amended Class Action Complaint shall be due on November 23, 2020.

3. Hearing reset for December 9, 2020 at 2:00 p.m.

**SO ORDERED.**

DATED: November 5, 2020

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE