UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH HOUGH,<br><br>        Plaintiff,<br><br>   v.<br><br>BIG HEART PET BRANDS, INC.,<br><br>        Defendant. | Case No. 19-cv-03613-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 116 |

Pursuant to the Joint Stipulation of Dismissal, **IT IS HEREBY ORDERED** that all claims by plaintiff Judith Hough against defendant Big Heart Pet Brands, Inc. in this action are dismissed **with** prejudice. The Clerk shall close the case.

Dated: April 12, 2021

WILLIAM H. ORRICK
United States District Judge